**932**

James J. Leyden, Philadelphia, Pa. (Schnader, Harrison, Segal & Lewis, Philadelphia, Pa., on the brief), for appellant.

Donald J. Farage, Philadelphia, Pa. (Richter, Lord & Farage, Philadelphia, Pa., on the brief), for appellees.

Before O'CONNELL and KALODNER, Circuit Judges, and LEAHY, District Judge.

eral, T. McKeen Chidsey, Attorney General, on the brief), for appellant.

Claude C. Smith, Philadelphia, Pa. (Harold B. Steinberg and Duane, Morris, & Heckscher, Philadelphia, Pa., on the brief), for Girard Trust Co., trustee.

Before O'CONNELL and KALODNER, Circuit Judges, and LEAHY, District Judge.

PER CURIAM.

While apparently in agreement with the dismissal of the petition of Mary Eichler et al. in the instant proceeding, the Commonwealth has appealed on the ground that the dismissal should not have been on the merits. We deem it sufficient to note that Mary Eichler and the others joining in her petition did not comply with the January 30, 1940, Bar Order of the district court, which Bar Order required the presentation of the first mortgage bonds for registration and modification within five years of the date of the final decree closing the estate here involved. The district judge therefore acted properly in dismissing the petition for that reason, and the order herein appealed from must be affirmed.

---

In the Matter of **PENN ATHLETIC CLUB** of Philadelphia, Debtor, and **Rittenhouse Square Corporation, Subsidiary Debtor, Commonwealth of Pennsylvania, Appellant, v. GIRARD TRUST COMPANY, Trustee.**

No. 9864.

United States Court of Appeals Third Circuit.

Argued May 17, 1949.

Decided June 2, 1949.

H. Rook Goshorn, Philadelphia, Pa. (Ralph B. Umsted, Deputy Attorney Gen-

**Ernest W. HOWELL, Petitioner, v. James M. JONES, Warden, Nebraska State Penitentiary.**

No. 13961.

United States Court of Appeals Eighth Circuit.

May 6, 1949.

Ernest W. Howell, pro se.

PER CURIAM.

Motions of petitioner for issuance of certificate of probable cause, etc., denied.